JULES I. RICHIE, Appellant, v. MURIEL N. RICHIE, Respondent.— Order denying appellant's motion to punish the respondent as and for a contempt of court and for other relief, insofar as appealed from affirmed, with $10 costs

and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.